UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRELL WHITTEN derivatively on behalf of FLEETCOR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RONALD F. CLARKE, MICHAEL BUCKMAN, JOSEPH W. FARRELLY, THOMAS M. HAGERTY, MARK A. JOHNSON, RICHARD MACCHIA, JEFFREY S. SLOAN, STEVEN T. STULL, and ERIC R. DEY, FLEETCOR TECHNOLOGIES, INC. a Delaware Corporation; (Nominal Defendant) <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:17-CV-2585-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that that the action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia, this 21ST day of October, 2020.

                                                                                           JAMES N. HATTEN
                                                                                           CLERK OF COURT

                                                             By:   /s/ Teressa Frazier
                                                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 21, 2020
James N. Hatten
Clerk of Court

By:  /s/ Teressa Frazier
         Deputy Clerk