UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRELL WHITTEN, Derivatively on Behalf of FLEETCOR TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD F. CLARKE, et al.,<br><br>Defendants,<br><br>– and –<br><br>FLEETCOR TECHNOLOGIES, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 1:17-cv-2585-LMM<br><br><u>JURY TRIAL DEMANDED</u> |

# NOTICE OF APPEAL

Notice is hereby given that, in the above-captioned case, plaintiff Jerrell Whitten ("Plaintiff"), derivatively on behalf of Fleetcor Technologies, Inc., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment that was entered on October 21, 2020 (ECF No. 84), as well as from all prior orders that have merged into the Judgment (including, but not limited to, the

1

October 21, 2020 Order granting Defendants'[1] Motion to Dismiss Plaintiff's Verified Amended Shareholder Derivative Complaint (ECF No. 83)).

Respectfully submitted this 18th day of November 2020.

        **JOHNSON FISTEL, LLP**

        */s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        Georgia Bar No.: 262062
        William W. Stone
        Georgia Bar No.: 273907
        Mary Ellen Conner
        Georgia Bar No.: 195077
        Adam J. Sunstrom
        Georgia Bar No.: 556579
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101
        Email: michaelf@johnsonfistel.com
              williams@johnsonfistel.com
              maryellenc@johnsonfistel.com
              adams@johnsonfistel.com

        **JOHNSON FISTEL, LLP**
        Frank J. Johnson
        655 West Broadway, Suite 1400
        San Diego, CA 92101
        Telephone: (619) 230-0063
        Facsimile: (619) 255-1856
        Email: frankj@johnsonfistel.com

---

[1] "Defendants" refers to Ronald F. Clarke, Eric Dey, Michael Buckman, Joseph W. Farrelly, Thomas M. Hagerty, Mark A. Johnson, Richard Macchia, Jeffrey S. Sloan, Steven T. Stull, and nominal defendant FleetCor Technologies, Inc.

**ROBBINS GELLER RUDMAN & DOWD, LLP**
Benny C. Goodman, III
Erik W. Luedeke
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: bennyg@rgrdlaw.com
 eluedeke@rgrdlaw.com

**HERMAN JONES LLP**
John C. Herman
Georgia Bar No.: 348370
3424 Peachtree Road NE, Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
Email: jherman@hermanjones.com

*Attorneys for Plaintiff*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
